FILED

NOV 20 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WONDER RANCH, LLC,<br><br>                            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF AGRICULTURE, acting through the U.S. Forest Service, and Melany Glossa, in her capacity as Supervisor of the Beaverhead-Deerlodge National Forest,<br><br>                          Defendants. | No. CV 14-57-BU-SEH<br><br>ORDER |

The Court held a hearing on Public Land/Water Access Association, Inc.'s Motion to Intervene[1] on November 20, 2015. Upon the record made in open court,

ORDERED:

1. Public Land/Water Access Association, Inc.'s Motion to Intervene[2] is DENIED.

---

[1] Doc. 23.

[2] Doc. 23.

2.   The United States' Motion to Strike Plaintiff's Brief Opposing Intervention[3] is DENIED as moot.

DATED this 20th day of November, 2015.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 29.