
FILED

FEB 05 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WONDER RANCH, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF AGRICULTURE, acting through the U.S. Forest Service, and Melany Glossa, in her capacity as Supervisor of the Beaverhead-Deerlodge National Forest,<br><br>               Defendants. | No. CV 14-57-BU-SEH<br><br>**ORDER** |

Upon the record made in open court on February 4, 2016:

ORDERED:

1. Wonder Ranch, LLC's Rule 56 Motion for Partial Summary Judgment on Its Quiet Title Claim[1] was DENIED.

---

[1] Doc. 37.

2. Wonder Ranch, LLC's Rule 56 Motion for Partial Summary Judgment on Defendants' Counterclaims[2] was DENIED.

3. Wonder Ranch, LLC's Rule 56 Motion for Partial Summary Judgment on the Forest Service's Prescriptive Easement Counterclaim[3] was DENIED.

4. Defendants' Motion for Summary Judgment[4] was DENIED.

5. Defendants' Motion to Dismiss,[5] treated for disposition as a motion for summary judgment, was DENIED.

6. Defendants' Motion to Exclude the Report and Testimony of Daniel Gallacher[6] was DENIED.

7. Defendants' Motion to Exclude the Report and Testimony of Kenneth Jenkins[7] was DENIED.

---

[2] Doc. 38.

[3] Doc. 83.

[4] Doc. 78.

[5] Doc. 44.

[6] Doc. 88.

[7] Doc. 90.

8. Wonder Ranch, LLC's Motions *in Limine* Nos. 1-3:[8]

   a. Motion *in Limine* No. 1 was DENIED.

   b. Motion *in Limine* No. 2 was DENIED.

   c. Motion *in Limine* No. 3 was WITHDRAWN.

DATED this 5th day of February, 2016.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[8] Doc. 81.