FILED

SEP 26 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| WONDER RANCH, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF AGRICULTURE, acting through the U.S. Forest Service, and Melany Glossa, in her capacity as Supervisor of the Beaverhead-Deerlodge National Forest,<br><br>　　　　　　Defendants. | No. CV 14-57-BU-SEH<br><br>ORDER |

The Court will conduct a site visit to commence at the Indian Creek trailhead at 10:00 a.m. on October 10, 2016, with no restrictions or limitations to persons permitted to attend the site visit.

DATED this 26th day of September, 2016.

　　　　　　　　　　　/s/ Sam E. Haddon
　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　United States District Judge

-1-