CHRISTOPHER C. STONEBACK
GREGORY F. DORRINGTON
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Fax:  (406) 259-4159
Email:  cstoneback@crowleyfleck.com
        gdorrington@crowleyfleck.com

JOHN E. BLOOMQUIST
BLOOMQUIST LAW FIRM, P.C.
3355 Colton Drive, Suite A
Helena, MT  59602
Telephone:  (406) 502-1244
Fax: (406) 422-4353
Email:  blf@helenalaw.com

*Attorneys for Wonder Ranch, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | | |
|---|---|---|
| WONDER RANCH, LLC, | ) | Cause No.  CV-14-57-BU-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WONDER RANCH, LLC's** |
| | ) | **NOTICE THAT NO** |
| UNITED STATES OF AMERICA, U.S. | ) | **ADDITIONAL TRANSCRIPTS** |
| DEPARTMENT OF AGRICULTURE, | ) | **ARE NECESSARY** |
| acting through the U.S. Forest Service, and | ) | |
| Melany Glossa, in her capacity as | ) | |
| Supervisor of the Beaverhead-Deerlodge | ) | |
| National Forest, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, U.S. | ) | |
| DEPARTMENT OF AGRICULTURE, | ) | |
| acting through the U.S. Forest Service, | ) | |

3

and Melany Glossa, in her capacity as )
supervisor of the Beaverhead-Deerlodge )
National Forest, )
  )
              Counterclaimants, )
  )
    vs. )
  )
WONDER RANCH, LLC, )

              Counterdefendant.

_____

Pursuant to United States Court of Appeals for the Ninth Circuit Rule 10-3.1(c), as well as the Time Schedule Order entered by the United States Court of Appeals for the Ninth Circuit in Case No. 16-36071 on December 23, 2016, Wonder Ranch files this notice stating it is unnecessary that any additional transcripts be ordered.   Wonder Ranch affirmatively states that a complete transcript of the bench trial that was held before the Hon. Sam E. Haddon beginning on July 27, 2016, and concluding on August 4, 2016, already has been filed with the District Court as part of Cause No.  CV-14-57-BU-SEH.  *See* Docs. 209-215.   Thus, the "entire transcript" already has been ordered and filed for purposes of Circuit Rule 10-3.1(a).  *See also* Fed. R. App. P. 10(b)(1)(A).

As required by Circuit Rule 10-3.1(c), Wonder Ranch has provided a copy of this notice to the court reporter, JoAnn Corson Bacheller, and to the Court of Appeals.

Dated this 20th day of January, 2017.

BLOOMQUIST LAW FIRM, P.C.

By:  /s/ John Bloomquist
JOHN BLOOMQUIST
3355 Colton Drive, Suite A
Helena, MT 59602

CROWLEY FLECK PLLP

By:  /s/ Christopher C. Stoneback
CHRISTOPHER C. STONEBACK
GREGORY F. DORRINGTON
500 Transwestern Plaza II
490 North 31ST Street
P.O. Box 2529
Billings, MT  59103-2529

*Attorneys for Wonder Ranch, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that the foregoing document was served upon the following counsel of record, by the means designated below, this 20th day of January, 2017:

| | |
|---|---|
| [ ] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] Email<br>[x] ECF Electronic filing | Leif M. Johnson<br>Mark Steger Smith<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>2601 Second Avenue North, Suite 3200<br>Billings, MT  59101 |
| [ ] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] Email<br>[x] ECF Electronic filing | Melissa A. Hornbein<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>901 Front St., Ste 1100<br>Helena, MT  59626 |
| [x] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[x] Email<br>[ ] ECF Electronic filing | JoAnn Corson Bacheller<br>Registered Diplomate Reporter<br>Certified Realtime Reporter<br>P.O. Box 8006<br>Missoula, Montana 59807-8006<br>Joann_bacheller@mtd.uscourts.gov |
| [x] U.S. Mail<br>[ ] FedEx<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] Email<br>[ ] ECF Electronic filing | Molly Dwyer, Clerk of Court<br>Office of the Clerk<br>U.S. Court of Appeals for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |

/s/ Gregory F. Dorrington
Christopher C. Stoneback
Gregory F. Dorrington
Crowley Fleck PLLP
P.O. Box 2529
Billings, MT 59103-2529
*Attorneys for Wonder Ranch, LLC*

4